I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY,
FIRST CLASS MAIL. POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 8/19/2010

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 1 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IVAN VON STAICH,

    Petitioner,

  vs.

JOHN MARSHALL, WARDEN,

    Respondent.

Case No. SACV 10-0420-DDP (RNB)

ORDER ADOPTING FINDINGS,
CONCLUSIONS AND
RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE

   Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

   IT THEREFORE IS ORDERED that Judgment be entered summarily dismissing the operative First Amended Petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: August 17, 2010

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE