I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 8/19/2010

DEPUTY CLERK

JS6 Entered

FILED CLERK, U.S.D.C. SOUTHERN DIVISION
AUG 19 2010
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN VON STAICH,<br><br>    Petitioner,<br><br>vs.<br><br>JOHN MARSHALL, WARDEN,<br><br>    Respondent. | Case No. SACV 10-0420-DDP (RNB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the operative First Amended Petition is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: August 17, 2010

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE